**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV -7 P 12: 30

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| MICHAEL GARGANO AND ANDREA GARGANO, | : |
| Plaintiffs, | : CIVIL ACTION NO.<br>: 3:00CV-1477 (WWE)<br>: (lead) |
| vs. | : |
| METRO-NORTH COMMUTER RAILROAD COMPANY, | : |
| Defendant/<br>Third-Party Plaintiff, | : |
| vs. | : |
| DUCCI ELECTRICAL CONTRACTORS, INC., | : |
| Third-Party Defendants. | : |
| | : NOVEMBER 6, 2003 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Fed. R. Civ. P.33 (b) (3) and 34 (b) and Local Rule 9 (b), National Union Fire Insurance Company of Pittsburgh ("National Union") hereby moves for a thirty (30) day extension of time or until December 30, 2003, within which to respond to National Surety Corporation's interrogatories and requests for production dated October 29, 2003.

This is a declaratory judgment action involving several insurers. Due to the complexity of the issues, National Union requires additional time to locate responsive documents and to answer the interrogatories and request for production.

On November 4, 2003, opposing counsel was contacted and indicated that he does not object to the proposed extension of time.

This is National Union's first motion for extension of time within which to respond to the interrogatories and request for production referred to herein.

> THE DEFENDANT/COUNTERCLAIM/ CROSS-CLAIM PLAINTIFF
> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH
>
> By _____
> Karen T. Gerber
> Federal Bar No: ct 13317
> NUZZO & ROBERTS, L.L.C.
> One Town Center
> P.O. Box 747
> Cheshire, Ct 06410
> (203) 250-2000
> Fax: (203) 250-3131

## CERTIFICATION

Pursuant to Local Rule 5 (b), this is to certify that on November 6, 2003, a true copy of the foregoing Motion for Extension of Time was mailed via first class, postage prepaid mail, to:

Darren P. Renner, Esquire
Lustig & Brown
1150 Summer Street
Stamford, CT 06905

Nancy D. Lyness, Esquire
White, Fleischner & Fino
140 Broadway
New York, NY 11005

David J. Crotta, Jr., Esquire
Mulvey, Oliver & Gould
83 Trumbull Street
New Haven, CT 06511

Karen T. Gerber

\\fp\nuzzo\WP\401002\108\MET.doc