FILED

2003 NOV -7 P 12: 30

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GARGANO AND<br>ANDREA GARGANO, | :<br>: CIVIL ACTION NO.<br>: 3:00CV-1477 (WWE)<br>: (lead) |
| Plaintiffs, | |
| vs. | |
| METRO-NORTH COMMUTER RAILROAD<br>COMPANY, | |
| Defendant/<br>Third-Party Plaintiff, | |
| vs. | |
| DUCCI ELECTRICAL CONTRACTORS, INC., | |
| Third-Party Defendants. | |
| | : NOVEMBER 6, 2003 |

MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES
AND REQUESTS FOR PRODUCTION

Pursuant to Fed. R. Civ. P.33 (b) (3) and 34 (b) and Local Rule 9 (b), National Union Fire Insurance Company of Pittsburgh ("National Union") hereby moves for a thirty (30) day extension of time or until December 30, 2003, within which to respond to National Surety Corporation's interrogatories and requests for production dated October 29, 2003.