UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

December 2, 2003

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

| CASE NO. **3:00cv1477  (WWE)** | **Gargano v. National RR** |
|---|---|
| #:02cv976  (WWE) | National Surety Corp V. Steadfast Ins, Co |

Lawrence R. Bailey, Jr.
Hodgson Russ
Carnegie Hall Tower
152 W. 57th St., 35th Fl.
New York, NY 10019
212-751-4300

David D. Chapman
Genovese, Vehslage & LaRose
500 Enterprise Dr.
Rocky Hill, CT 06067-4053
860-513-3760

David J. Crotta, Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511
203-624-5111

Gregory J. Curtin
Genovese, Vehslage & LaRose
500 Enterprise Dr.
Rocky Hill, CT 06067-4053
860-513-3760

Francis J. Drumm, III
Mulvey, Oliver & Gould

Sean M. Kane
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079
212-238-4800

Joseph A. Labella
D'Attelo & Shields
500 Enterprise Dr.
Suite 4B
Rocky Hill, CT 06067
860-571-7999

Brian M. Molinari
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079
212-238-4800


Kenneth J. Mulvey, Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511
203-624-5111

Alan Muraidekh
Hodgson Russ
Carnegie Hall Tower
152 W. 57th St., 35th Fl.
New York, NY 10019
212-751-4300

Robert G. Oliver
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511
203-624-5111


Darren P. Renner
Lustig & Brown
1150 Summer St.
Stamford, CT 06905
203-977-7840