**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **GARGANO** | : | 3:00CV1477 (LEAD) |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NATIONAL RAILROAD** | : | |

**REFERRAL TO MAGISTRATE JUDGE**

  This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

  ____ All purposes including trial upon written request by all parties (orefcs.)

  _____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

  _____ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

  _____ A ruling on the following motion which is currently pending (orefm.):

**XXX**__ A settlement conference (orefmisc./cnf)

**___** A scheduling conference (orefmisc/cnf)

**____** Other: A hearing to show cause(orefmisc./misc)

  SO ORDERED this 2d day of December, 2003, at Bridgeport, Connecticut.

           _____/s/_____
           Warren W. Eginton, Senior U.S.D.J.