FILED

2003 DEC -3  P 12: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GARGANO                             CIVIL ACTION NO.: 3:00 CV 1477(WWE)

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY,
         Third Party Plaintiffs,
VS.

RAYTHEON INFRASTRUCTURE and DUCCI
ELECTRICAL CONTRACTORS, INC.

         Third Party Defendant,                          DECEMBER 1, 2003

## APPEARANCE

**PLEASE ENTER MY APPEARANCE** for the third party defendant, Ducci

Electrical Contractors, Inc., in the above-captioned case.

THIRD PARTY DEFENDANT, DUCCI
ELECTRICAL CONTRACTORS, INC.


BY _____
JAMES M. HYLAND
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT 06511
(203) 624-5111
FED. ID. NO.: 11947

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed on December 1, 2003 to:

Brian M. Molinari, Esq.
Landman Corsi Ballaine & Ford P.C.
Offices of Metro-North Railroad Company
120 Broadway, 27th Floor
New York, NY 10271

50 Union Avenue
New Haven, CT 06519

Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

Louis R. Pepe
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103

Jack V. Genovese, II, Esq.
David D. Chapman, Esq.
Lori Durocher, Esq.
Genovese, Vehslage & Larose
500 Enterprise Drive
Rocky Hill, CT 06067

Joseph A. LaBella, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite #4B
Rocky Hill, CT 06067

_____
JAMES M. HYLAND

F:\MO&G\Active\Fireman's Fund 006700\Ducci v. Gargano DJC 87\Pleadings\jmh appearance.wpd