**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*********************************************
|  |  |  |
|---|---|---|
|  | * | CASE NO. 00 CV 1477 (WWE) |
| MICHAEL GARGANO | * |  |
|  | * |  |
| V. | * |  |
|  | * |  |
| METRO NORTH COMMUTER | * |  |
| RAILROAD COMPANY | * | JANUARY ___, 2004 |
|  | * |  |

*********************************************

## **APPEARANCE**

TO THE CLERK:

    Please enter my appearance on behalf of the defendant, **METRO NORTH COMMUTER RAILROAD COMPANY** in the above-captioned action, in addition to any other Appearance that may be on file.

    Dated at Glastonbury, Connecticut, this _____ day of January, 2004.

                                               DEFENDANT, METRO NORTH
                                               COMMUTER RAILROAD COMPANY

                                               BY_____
                                               Brian J. Farrell, Jr.  (CT# 06209)
                                               Law Offices of Brian J. Farrell, Jr.
                                               200 Glastonbury Boulevard (#301)
                                               Glastonbury, CT 06033
                                               TEL:  860-633-4797
                                               FAX: 860-633-0694

## **CERTIFICATION**

      I hereby certify a copy of the foregoing Appearance was mailed January \_\_\_, 2004, postage prepaid, to all counsel and pro se parties of record as follows:

**Eric P. Smith, Esq.**
**Louis M. Rubano, Esq.**
**Steven J. Errante, Esq.**
Lynch, Traub, Keefe & Errante
52 Trumbull St., PO Box 1612
New Haven, CT  06506
203-787-0275

**Darren P. Renner, Esq**.
Lustig & Brown
1150 Summer St.
Stamford, CT 06905
203-977-7840

**David D. Chapman, Esq.**
**Gregory J. Curtin, Esq.**
**Jack V. Genovese, II, Esq.**
**Lori L. Durocher, Esq.**
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067
860-513-3760

**David J. Crotta, Jr., Esq.**
**Francis J. Drumm, III, Esq.**
**Kenneth J. Mulvey, Jr., Esq.**
**Robert G. Oliver, Esq.**
**James M. Hyland, Esq.**
Mulvey, Oliver & Gould

83 Trumbull Street
New Haven, CT 06511
203-624-5111

**Alan Muraidekh, Esq.**
**Lawrence R. Bailey, Jr., Esq.**
Hodgson Russ
Carnegie Hall Tower
152 W. 57th St., 35th fl.
New York, NY 10019
212-751-4300

**Brian M. Molinari, Esq.**
**Ronald E. Joseph, Esq.**
**Sean M. Kane, Esq.**
**William W. Cobb, Esq.**
Landman Corsi Ballaine & Ford
120 Broadway, 27th fl.
New York, NY  10271-0079
212-238-4800

**James F. Shields, Esq.**
**Joseph A. Labella, Esq.**
**Laureen J. Vitale, Esq.**
**Sean C. Joanis, Esq.**
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
860-571-7999

**Karen T. Gerber, Esq.**
Nuzzo & Roberts
One Town Center, PO Box 747
Cheshire, CT 06410
203-250-2000

**Alisa Dultz, Esq.**
White, Fleischner & Fino
140 Broadway, 36th fl.
New York, NY 10005
212-487-9700

**Anthony J. Natale, Esq.**
**Brian L. Wolinetz, Esq.**
**Louis R. Pepe, Esq.**
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302
860-522-5175

_____
 Brian J. Farrell, Jr.  (CT# 06209)
 Law Offices of Brian J. Farrell, Jr.
 200 Glastonbury Boulevard (#301)
 Glastonbury, CT 06033
 TEL:  860-633-4797
 FAX: 860-633-0694