held 10:45
10:00 -

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Telephone ~~Settlement~~ DISCOVERY Conference Calendar

Honorable Holly B. Fitzsimmons, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 266

February 3, 2004

10:00 a.m.

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED. REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.

CASE NO. **3:00cv1477 WWE**    **Gargano v. National Railroad**

Lawrence R. Bailey Jr.
Hodgson Russ
Carnegie Hall Tower
152 W. 57th St., 35th Fl.
New York, NY 10019


David D. Chapman
Genovese, Vehslage & LaRose
500 Enterprise Dr.
Rocky Hill, CT 06067-4053


David J. Crotta Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511


Gregory J. Curtin
Genovese, Vehslage & LaRose
500 Enterprise Dr.
Rocky Hill, CT 06067-4053


Francis J. Drumm III
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511


Alisa Dultz
White, Fleischner & Fino

140 Broadway, 36th Fl.
New York, NY 10005


Lori L. Durocher
Genovese, Vehslage & LaRose
500 Enterprise Dr.
Rocky Hill, CT 06067-4053


Steven J. Errante
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506


Jack V. Genovese II
Genovese, Vehslage & LaRose
500 Enterprise Dr.
Rocky Hill, CT 06067-4053


Karen T. Gerber
Nuzzo & Roberts
One Town Center, PO Box 747
Cheshire, CT 06410


James M. Hyland
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511


Sean C. Joanis
D'Attelo & Shields
500 Enterprise Dr.
Suite 4B
Rocky Hill, CT 06067


Ronald E. Joseph
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079


Sean M. Kane
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079


Joseph A. Labella
D'Attelo & Shields
500 Enterprise Dr.
Suite 4B
Rocky Hill, CT 06067

Brian M. Molinari
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079

Kenneth J. Mulvey Jr.
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511

Alan Muraidekh
Hodgson Russ
Carnegie Hall Tower
152 W. 57th St., 35th Fl.
New York, NY 10019

Robert G. Oliver
Mulvey, Oliver & Gould
83 Trumbull St.
New Haven, CT 06511

Darren P. Renner
Lustig & Brown
1150 Summer St.
Stamford, CT 06905

Louis M. Rubano
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506

James F. Shields
D'Attelo & Shields
500 Enterprise Dr.
Suite 4B
Rocky Hill, CT 06067

Eric P. Smith
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506

Laureen J. Vitale
D'Attelo & Shields
500 Enterprise Dr.
Suite 4B
Rocky Hill, CT 06067

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK