```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


MICHAEL GARGANO, et al         :
                               :
                               :
                               :
v.                             :   CIV. NO. 3:00cv1477 (WWE)
                               :
                               :
                               :
METRO-NORTH, et al             :
```

### Scheduling Order

The court conducted a telephone conference on February 3, 2004 to discuss scheduling and to resolve a discovery dispute. After hearing from counsel and with agreement of the parties, the following schedule was set.

Fact discovery will close on March 31, 2004.

Plaintiff will disclose its expert witness report on or before April 30, 2004.

Defendants will disclose their expert report on or before May 31, 2004.

Dispositive motions are due on or before July 16, 2004. Responses to dispositive motions are due on or before August 6, 2004.

The parties shall anticipate a trial in early October 2004.

A ruling on the discovery dispute will be forthcoming.

The parties are encouraged to contact the court should any

problems arise that the parties cannot resolve.

SO ORDERED at Bridgeport this 5th day of February 2004.


\_\_\_\_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE