**FILED**

2004 MAY -6 P 12: 11

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------:
MICHAEL GARGANO AND ANDREA      : CIVIL ACTION NO. 3:00cv1477(WWE)
GARGANO,                        :
                                :
        PLAINTIFFS,             :
                                :
V.                              :
                                :
METRO-NORTH COMMUTER            :
RAILROAD COMPANY,               :
                                :
        DEFENDANTS/             :
        THIRD-PARTY PLAINTIFFS, :
                                :
V.                              :
                                :
DUCCI ELECTRICAL CONTRACTORS,   :
INC.,                           :
                                :
        THIRD-PARTY DEFENDANT.  :
-------------------------------. MAY 4, 2004
```

### PLAINTIFFS' MOTION TO PRECLUDE

Pursuant to Rule 37(d) of the Federal Rules of Civil

Procedure and in accordance with Local Rule 37(a)(2), the

plaintiffs move that the court enter an order **precluding the**

**defendant, Metro-North Commuter Railroad Company, at trial from**

**offering or making reference to any document purporting to**

**alter, amend, modify and/or supplement that portion of the**

**defendant's MN-290 Electrical Operating Instructions labeled**

- 1 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\17500-17999\17539 GARGANO\001 MICHAEL (BURN CASE)\MOTION TO PRECLUDE 5-4-04.DOC

**"Employees Assigned to protection Duties" (set forth at pages 20-21 of MN-290) with respect to employees of Ducci Electrical Contractors, Inc. working on the New Haven Interlocking Reconstruction Project as of and including July 22, 1999.**

Such an order is appropriate because the defendant has failed to comply with discovery requests seeking the production of such document(s) and fact discovery is now complete. Moreover, any future disclosure of such document(s) by the defendant would substantially prejudice the plaintiffs.

A memorandum of law supporting this motion is attached.

WHEREFORE, the plaintiffs' Motion to Preclude should be granted.

Respectfully submitted,

THE PLAINTIFFS,

BY: _____
STEVEN J. ERRANTE, ESQ.
Fed. Bar. No. ct 04292
ERIC P. SMITH, ESQ.
Fed. Bar No. ct16141
203-787-0275
203-782-0278 (*facsimile*)

- 2 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\17500-17999\17539 GARGANO\001 MICHAEL (BURN CASE)\MOTION TO PRECLUDE 5-4-04.DOC

CERTIFICATION

I certify that a copy of the above was mailed on May 4, 2004 to all counsel and *pro se* parties of record as follows:

Sean Kane, Esq.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079
(212-238-4800)
(*Counsel to Defendants*)

Joseph A. LaBella, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite #4B
Rocky Hill, CT 06067
(860) 571-7999
(*Counsel to Defendants*)

Brian J. Farrell, Jr., Esq.
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Blvd., Suite 301
Glastonbury, CT 06033
(860-633-4797)
(*Counsel to Defendant*)

Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760
(*Counsel to Intervening Plaintiff Ducci Electrical Contractors*)

David J. Crotta, Jr., Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511
(203) 624-5111
(*Counsel to Third-Party Defendant Ducci Electrical Contractors*)

_____
Eric P. Smith, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\17500-17999\17839 GARDANO\001 MICHAEL (BURN CASE)\MOTION TO PRECLUDE 5-4-04.DOC