UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GARGANO                           CIVIL ACTION NO.: 3:00 CV 1477(WWE)

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY,
    Third Party Plaintiffs,

VS.

RAYTHEON INFRASTRUCTURE and DUCCI
ELECTRICAL CONTRACTORS, INC.

    Third Party Defendant,                          MAY 11, 2004

## THIRD-PARTY DEFENDANT DUCCI'S MOTION TO JOIN PLAINTIFF'S MOTION TO PRECLUDE DATED MAY 4, 2004

Pursuant to Rule 37(d) of the Federal Rules of Civil Procedure and in accordance with Local Rule 37 (a) (2), the third-party defendant, Ducci Electrical Contractors, Inc. ("Ducci"), herewith moves for an order precluding the third-party plaintiff, Metro-North Commuter Railroad Company, at trial or in pretrial motion practice from offering, making reference to, or relying upon any document (or testimony concerning any such document) that purports to alter, amend, modify, abrogate and/or supplement the obligations of the parties to this motion as set forth in Metro-North's MN-290 Electrical Operating Instructions at pages 20-21, attached as Ex.

A to plaintiff's Motion to Preclude, dated May 4, 2004, and incorporated herein by express reference.

In support of this motion, Ducci adopts the argument and factual summary set forth in the plaintiff's motion dated May 4, 2004, and in addition submits the attached summary of the issue as framed in counsel's statement on the record at the conclusion of the deposition of Metro-North witness Richard DeChello on April 15, 2004, at pages 121, 246-248, attached hereto as Ex. A.

MN-290 is the principal document governing the daily working operations of Ducci and Metro-North at the New Haven Interlocking Reconfiguration Project. The witnesses deposed in the case to date all recognize the applicability of the obligations imposed by MN-290 on Metro-North Class A linemen to provide Ducci personnel, such as the plaintiff in this case, with what is there termed Class A protection. Not only did the plaintiff rely on the protection afforded under this document, but Ducci's foreman did as well. Morse, Tr. 153-163, attached as Ex. B.

Nevertheless, in the face of the obligations set forth in Metro-North's own written, published procedures, certain Metro-North witnesses have testified that the obligations set out in MN-290 were not applicable to Ducci employees in July 1999, and in support of this testimony three witnesses (Richard DeChello, Robert Prentice and James Gillies) have all referred to a document - - the name and title of which they do not know, and a copy of which has never been supplied, despite numerous requests that it be produced - - that allegedly excuses Metro-North of the obligations set forth at pages 20-21 of MN-290.

Ducci has consistently asserted that no such document exists and has defended the case in part on that ground. It would be prejudicial to allow the production of this document at this stage

of the case, because discovery has been framed with the document having been consistently requested yet never produced, thus reinforcing Ducci's understanding, and moreover fact witness discovery has largely been completed.

Accordingly, for the foregoing reasons and those cited in the plaintiff's corresponding Motion to Preclude of May 4, 2004, Ducci respectfully requests that the court enter an order of preclusion relating to the subject document and to any testimony concerning it.

THIRD PARTY DEFENDANT, DUCCI
ELECTRICAL CONTRACTORS, INC.

BY _____
DAVID J. CROTTA, JR.
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT 06511
(203) 624-5111
FED. ID. NO.: CT 03235

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on May 11, 2004 to:

Eric P. Smith, Esq.
Louis M. Rubano, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

William W. Cobb, Esq.
Brian M. Molinari, Esq.
Ronald E. Joseph, Esq.
Sean M. Kane, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th floor
New York, NY 10271-0079

Brian J. Farrell, Jr., Esq.
Law Offices of George J. DuBorg
200 Glastonbury Blvd.
Suite 301
Glastonbury, CT 06033

Anthony J. Natale, Esq.
Brian L. Wolinetz, Esq.
Louis R. Pepe, Esq.
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

Darren P. Renner, Esq.
Lustig & Brown
1150 Summer Street
Stamford, CT 06905

David D. Chapman, Esq.
Gregory J. Curtin, Esq.
Jack V. Genovese, II, Esq.
Attorney Lori L. Durocher
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Alan Muraidekh, Esq.
Lawrence R. Bailey, Jr., Esq.
Hodgson Russ
Carnegie Hall Tower
152 W. 57th Street, 35th Floor
New York, NY 10019

Attorney Karen T. Gerber
Nuzzo & Roberts
One Town Center
P. O. Box 747
Cheshire, CT 06410

James F. Shields, Esq.
Joseph A. Labella, Esq.
Attorney Laureen J. Vitale
Sean C. Joanis, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

Attorney Alisa Dultz
White, Fleischner & Fino
140 Broadway, 36th floor
New York, NY 10005

_____
DAVID J. CROTTA, JR.

F:\MO&G Active\Fireman's Fund 006700\Ducci v. Gargano DJC 87\Pleadings\motion to join.wpd