```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
                       VOLUME II
```



```
- - - - - - - - - - - - - - - - - x
MICHAEL GARGANO AND ANDREA        :
GARGANO,                          :
                                  :
        Plaintiffs,               :
v.                                :  CIVIL ACTION NO.:
                                  :  3:00cv1477 (WWE)
METRO-NORTH COMMUTER RAILROAD     :
COMPANY,                          :
                                  :
        Defendants/               :
        Third-Party Plaintiffs,   :
v.                                :
                                  :
DUCCI ELECTRICAL CONTRACTORS,     :
INC.,                             :
                                  :
        Third-Party Defendant.    :
- - - - - - - - - - - - - - - - - x
```

Continued deposition of RICHARD DeCHELLO, taken pursuant to the Federal Rules of Civil Procedure, before Melissa J. Kelly, RPR, CRR, Licensed Shorthand Reporter #00307, and Notary Public within and for the State of Connecticut, held at Union Station, 50 Union Avenue, New Haven, Connecticut, on April 15, 2004, at 10:11 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT  06443
203 245-9583

HARTFORD                                          STAMFORD

```
 1    don't exist, that's fine.  But we're not
 2    going to tolerate any late disclosure of
 3    these documents beyond today because there's
 4    been more than enough time to get this
 5    information, and my comments are directed to
 6    Metro-North specifically, not to anybody else
 7    in particular.
 8         MR. KANE:  Well, just note for the
 9    record that we had been attempting to locate
10    these documents and are still attempting to
11    locate these documents based upon prior
12    testimony.  And we will in fact respond to
13    the interrogatories, either advising that
14    they do not exist or providing whatever it is
15    we are able to locate if and when we do
16    locate the documents as we continue to make
17    that search.  We'll make every effort to
18    locate those documents as quickly as
19    possible, although at this point we've been
20    unable to do so.
21         MR. CROTTA:  From the perspective of
22    Ducci, the third-party defendant, the
23    document that's perhaps even more critical
24    than might otherwise be to the plaintiff in
25    this case is a document that was discussed at
```

```
 1        length at the depositions of Mr. Gillies in
 2        January of 2003.  It was again referred to by
 3        Mr. Prentice earlier or rather later in 2003.
 4        It is now yet again being relied upon by
 5        Metro-North witnesses, and it has been
 6        requested on the record at those depositions,
 7        those prior depositions.  It was requested
 8        again by me today on the record.
 9              To continue to proceed with this case
10        without producing that document through
11        counsel, as it has been requested to have
12        been done, is exceptionally prejudicial to
13        the ability to defend the claim of the case
14        as it relates to anything that may be obliged
15        to have been done by Metro-North under
16        MN-290, and I will take up appropriate relief
17        with the court in due course.
18              Among the items that I will now pursue
19        with the court is an order precluding the
20        production of this document at this point
21        since, as I understand it, the court is
22        cutting off discovery, and it leaves me in
23        absolutely no position at this point to
24        address this issue.  So it's prejudicial to
25        my client.  It's been requested.  It should
```

```
 1    have been produced.  It hasn't been, and I
 2    intend to move to preclude it and we'll have
 3    to proceed on that basis.  We'll have to see
 4    where we go from there.
 5          I think we should also, subject to
 6    whatever ruling the court makes on this
 7    subject, reserve our right to call back any
 8    of the witnesses who have in any shape or
 9    form relied upon this for their testimony in
10    the event that we need to take depositions
11    again or bring them back to inquire about it
12    if it is in fact permitted to be produced.
13          (Whereupon the proceedings concluded at
14    12:51 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```