GARGANO v. METRO-NORTH                          April 14, 2004

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF CONNECTICUT
 3       --------------------------------x
 4       MICHAEL GARGANO and ANDREA
         GARGANO,
 5
                     Plaintiffs,
 6
                     -versus-              : No. 3:00CV1477
 7                                              (WWE-HBF)
 8       METRO-NORTH COMMUTER RAILROAD
         COMPANY,
 9
                     Defendant/3rd
10                   Party Plaintiff,
11                   -versus-
12       DUCCI ELECTRICAL
         CONTRACTORS INC.,
13
                     3rd Party Defendant.
14       --------------------------------x
15
16       DEPOSITION OF:  PHILIP J. MORSE
17       DATE:  April 14, 2004 - 10:03 a.m.
18       HELD AT:  Mulvey, Oliver, Gould & Crotta
                   83 Trumbull Street
19                 New Haven, Connecticut 06511
20
21
22          Reporter: LARRY DORFMAN, LSR #0067
23                 SANDERS, GALE & RUSSELL
                      437 Orange Street
24              New Haven, Connecticut 06511
                       (203) 624-4157
25
```

SANDERS, GALE & RUSSELL                         (203) 624-4157

1       A.   Yes.
2            MR. SMITH:  I have no further
3    questions.
4            MR. COTTA:  Sir, just a few.
5
6            CROSS EXAMINATION BY MR. CROTTA:
7       Q.   These Class A linemen that were
8    assigned to protect your crews, this was a policy
9    that you had come to rely upon?
10      A.   Yes.
11      Q.   Was there ever a policy change to that
12   that caused you not to rely upon their supplying,
13   Metro-North supplying, Class A protection during
14   the time that you worked at the New Haven
15   interlocking project?
16      A.   I don't understand the question.
17      Q.   Did Metro-North at any time during the
18   time you were working down there change the
19   policy so that you were not to rely upon there
20   being Class A protection?
21      A.   No.
22      Q.   Were you in any way required to supply
23   Class A protection to your own people?
24      A.   No.
25      Q.   What is precisely the purpose, as you

Page 154

```
 1   understand it, of Class A protection supplied by
 2   Metro-North to your crews while you were working
 3   down at the New Haven interlocking project?
 4        A.   Even I can be confused because of so
 5   many tracks in that area, and they are pretty
 6   experienced with explaining to us where the feeds
 7   are coming from, what crossovers could be hot,
 8   what could be not.  So they are very important to
 9   us at our tailgate safety meetings, and they will
10   take us and show us.  We walk the job, especially
11   if it's our first time out there on this
12   particular job.  They will go over the whole job
13   with us.  I require that they have to walk it out
14   with us so that my men and myself will know
15   what's going to stay energized when there is an
16   outage.  And I guess also, their job is to watch
17   the guys to make sure they don't get turned
18   around.
19             MR. SMITH:  Turned around, what?
20   BY MR. CROTTA:
21        Q.   What do you mean by that?
22        A.   Confused.
23        Q.   As they are working on the wiring above
24   head?
25        A.   Yes.
```