GARGANO v. METRO-NORTH                                April 14, 2004

Page 155

1   Q.   So was it your understanding that the
2   Class A protection that was to be supplied your
3   crews as they were working at the project by
4   Metro-North, in part, was to stand below your men
5   and make sure they didn't get confused as to what
6   wiring was hot and what wiring was not as they
7   were working on it?
8   A.   Correct.
9   Q.   Were your men instructed that they were
10  being supplied this Class A protection?  In other
11  words, were they aware this Class A protection
12  was being supplied to them as they were working
13  down there?
14  A.   Yes.
15  Q.   And those men included Mike Gargano?
16  A.   Yes.
17  Q.   And was there at any time any
18  instruction given either to your men directly or
19  to you to then pass onto your men by Metro-North
20  that they should not rely on this Class A
21  protection being supplied as they were working on
22  overhead wiring?
23  A.   No.
24  Q.   Was there a distinction drawn between
25  the need for Class A protection when the wiring

SANDERS, GALE & RUSSELL                        (203) 624-4157

Page 156

1   was thought to be de-energized or was the Class A
2   protection to be supplied at any time when a
3   Ducci crew member was working on overhead wiring,
4   whether it was de-energized or not?
5       A.   We still needed Class A.
6       Q.   Regardless of whether it was believed
7   that the wiring was on or off, correct?
8       A.   Correct.
9       Q.   And so is it fair to say that when you
10  left Mr. Gargano, having established that he was
11  cleared from tracks 1 and 2, and went to meet
12  with the Raytheon inspector, that you expected
13  that he was under Class A protection as supplied
14  by Metro-North?
15      A.   Correct.
16      Q.   And had he been under Class A
17  protection supplied by Metro-North while he was
18  working on this Kupler breaker, would it have
19  been the obligation of the Class A lineman to
20  advise Mr. Prentice that he either was straying
21  from the track 4 side of that breaker or that he
22  shouldn't be working on the breaker?
23      A.   Yes, the Class A would have known that.
24      Q.   That was one of the things that the
25  Class A people were supposed to look out for;

```
 1    isn't that true?
 2         A.    Yes.
 3               MR. SMITH:  You meant Mr. Gargano.
 4    You said Mr. Prentice.
 5               MR. CROTTA:  My apologies.  I did
 6    mean Mr. Gargano, yes.
 7    BY MR. CROTTA:
 8         Q.    With respect to the ways in which these
 9    Class A people operated, was it your
10    understanding that they were to keep your crews
11    always within sight of where they were?
12         A.    Yes.
13         Q.    And it was also your understanding of
14    the way in which these Class A linemen operated
15    in supplying protection to your crews that if
16    they were at any time to leave visual sight of
17    your crew members, they were to advise them to
18    come off the wires?
19         A.    Yes.
20         Q.    Come down from the air?
21         A.    Yes.
22         Q.    Are you able to think back, sir, as to
23    the safety classes that you underwent with Amtrak
24    after you left Ducci and compare these classes to
25    those which you had while you were working for
```