```
 1    Ducci as supplied by Metro-North?  In other
 2    words, was there any difference between those two
 3    classes substantive that you recall?
 4         A.   No.
 5         Q.   Pretty much the same?
 6         A.   Pretty much the same.
 7         Q.   You had testified earlier on today that
 8    you left Ducci at some point after Mr. Gargano
 9    was injured because Metro-North wouldn't change
10    the safety rules to protect your people.  Do you
11    recall that?
12         A.   Yes.
13         Q.   Can you explain to me what it was you
14    mean by that exactly?  I mean flesh that out a
15    little bit for us.
16         A.   We were going back and forth for quite
17    a while before that even.  On those Kupler
18    breakers, I learned up in Stamford that a guy
19    could be working and work himself right through a
20    hot sled, just by him thinking of his work, not
21    where he is at.  So I used tape flags up on the
22    messenger above the breaker on the dead side of
23    the breaker so that it was a no brainer for a guy
24    working say on track 4, he sees that flag, he
25    knows it's hot on the other side.  And
```

Page 159

```
 1   Metro-North made me take the flags down ahead of
 2   that accident saying that -- I said it's a safety
 3   thing for our people, and they said but it
 4   distracts the engineers driving the trains and
 5   they could stop a train, not knowing what it is
 6   in the air.  And I asked, why don't they write a
 7   letter on it to the engineers to say this is a
 8   safety thing for contractors, and they made me
 9   take them down anyway.
10        Q.   Okay.  This discussion concerning these
11   flags that you wanted to place on either side of
12   the Kupler breakers occurred before Mr. Gargano
13   was injured?
14        A.   Yes.
15        Q.   Was he aware that there had been these
16   flags put up at some point?
17        A.   I think so.
18        Q.   And your understanding of the objection
19   to putting these up as raised by Metro-North was
20   simply that it somehow confused their train
21   engineers?
22        A.   Yes.
23        Q.   Are there any other safety issues you
24   raised with Metro-North after Mr. Gargano was
25   injured that you recall?
```

```
 1      A.   We were having quite a few meetings
 2   and, you know, I brought up a lot of issues that
 3   I wanted my men to be able to protect themselves
 4   better than they are.  We had no protection
 5   whatsoever, even though --
 6      Q.   What do you mean by that?
 7      A.   What I mean is when we are out working
 8   on the street, we are dealing with just wires.
 9   When working on a railroad, everything is
10   energized, the steel arms, everything, and
11   sometimes we have what you call RAR which could
12   be energized from the track opposite you and it's
13   almost sticking in your back when you are working
14   on this track.  It's very close.  Stuff like that
15   I wanted to cover up with rubber blankets and
16   hoses, stuff that we would protect ourselves out
17   in the street with.  And they just said you
18   are -- we don't work like that.  You are not
19   going to work like that here.
20      Q.   And was that, as you understand it, one
21   of the reasons why they did in fact supply Class
22   A linemen?
23      A.   I don't understand the question.
24      Q.   Was it one of the reasons that they
25   supplied Class A linemen, Metro-North, to you
```