Page 161

```
 1    folks so you wouldn't have to have these
 2    rubberized blankets and so forth over these
 3    items?
 4         A.   Well, they didn't --
 5         Q.   Let me withdraw the question.
 6              After Mr. Gargano was injured, was
 7    there a continuation of Class A protection, as
 8    far as you understand it?
 9         A.   Yes.
10         Q.   They continued to supply it?
11         A.   Yes.
12         Q.   Okay.  Was it Metro-North's expectation
13    that that was a sufficient safety measure to your
14    men, to have this Class A protection down below
15    as they were working?
16         A.   Yes.  Then they wanted everybody to
17    sign sheets.
18         Q.   That came out after Mr. Gargano was
19    injured that they wanted everybody to sign
20    sheets?
21         A.   Yes.
22         Q.   And what practical advantage to your
23    men's safety as they were working up in the lines
24    that were de-energized or energized was signing a
25    form going to have as far as you could tell?
```

Page 162

1    A.  We felt it didn't help at all. It was
2 just confusing things because guys would come in
3 late to go sign the sheet, they would have to
4 walk across tracks, live tracks. I said I didn't
5 think it was a good idea at all.
6    Q.  Was signing the sheet intended to make
7 clear that the men given the instructions about
8 whether there was clearance or not actually
9 understood what the clearances were --
10   A.  No.
11   Q.  -- as you understand it?
12   A.  No, that wouldn't have helped.
13   Q.  What was the purpose of signing these
14 sheets?
15   A.  Just so that when an accident happened,
16 we felt like when an accident happened, they got
17 somebody to go to say "He signed a sheet."
18   Q.  Okay. Whether somebody signed a sheet
19 that identified what the clearances were or not,
20 would that have prevented them from getting
21 confused as to what was operating in terms of the
22 wiring up above?
23   A.  No.
24   Q.  And again, that's the reason that there
25 was Class A protection supplied by somebody

Page 163

```
 1    standing down below?
 2         A.   Yes.
 3         Q.   Any other safety issues, sir, that you
 4    recall raising with Metro-North or any of its
 5    representatives after the incident with Mr.
 6    Gargano occurred?
 7         A.   No.  Just what I explained.
 8         Q.   And you didn't feel that you received a
 9    satisfactory response to your concerns and that's
10    why you left working there?
11         A.   Yes.
12         Q.   That's the only reason?
13         A.   That's the only reason.
14              MR. COTTA:  I don't have any more
15    questions.
16
17         REDIRECT EXAMINATION BY MR. KANE:
18         Q.   Mr. Morse, I have a couple of follow up
19    questions.  It's only going to take a minute or
20    two.
21              You told Mr. Crotta that part of what
22    the Class A linemen, Metro-North Class A linemen,
23    would do is walk through the requested clearance
24    with you and your employees and show you things
25    that were hot, things that were not; is that
```