UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

May 12, 2004

9:00 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:00cv01477(WWE)**          **Gargano v. Metro North**
         **3:02-976 (WWE)**             **Surety v. Steadfast Ins. Co.**

Lawrence R. Bailey Jr. Alan Muraidekh     Δ Metro North
Hodgson Russ
Carnegie Hall Tower                       212-751-4300
152 W. 57th St., 35th Fl.
New York, NY 10019

Gregory J. Curtin Jack V. Genovese II     Δ Ducci
David D. Chapman Lori L. Durocher
Genovese, Vehslage & LaRose               860-513-3760
500 Enterprise Dr.
Rocky Hill, CT 06067-4053

David J. Crotta Jr. Francis J. Drumm III James M. Hyland   Δ Ducci
Kenneth J. Mulvey Jr. Robert G. Oliver
Mulvey, Oliver & Gould
83 Trumbull St.                           203-624-5111
New Haven, CT 06511

Alisa Dultz                               Δ Steadfast
White, Fleischner & Fino                  212-487-9700

140 Broadway, 36th Fl.
New York, NY 10005

Louis M. Rubano Eric P. Smith     π Gargano
~~Steven J. Errante~~
Lynch, Traub, Keefe & Errante      203-787-0275
52 Trumbull St., Po Box 1612
New Haven, CT 06506

Brian J. Farrell Jr.
Law Offices of George J. DuBorg
200 Glastonbury Blvd.              860-633-4797
Ste. 301
Glastonbury, CT 06033

                                   Δ National Union Fire Ins.

Karen T. Gerber
Nuzzo & Roberts                    203-250-2000
One Town Center, PO Box 747
Cheshire, CT 06410

                                   MetroNorth

Sean C. Joanis
D'Attelo & Shields
500 Enterprise Dr.                 860-571-7999
Suite 4B
Rocky Hill, CT 06067


Ronald E. Joseph Sean M. Kane Brian M. Molinari   MetroNorth
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor                         212-238-4800
New York, NY 10271-0079

Joseph A. Labella Laureen J. Vitale    MetroNorth
James F. Shields
D'Attelo & Shields
500 Enterprise Dr.                 860-571-7999
Suite 4B
Rocky Hill, CT 06067

                                   Δ National Surety

Darren P. Renner
Lustig & Brown                     203-977-7840
1150 Summer St.
Stamford, CT 06905



                                   BY ORDER OF THE COURT
                                   KEVIN F. ROWE, CLERK