```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

**GARGANO**                               :
                                          :
**v.**                                    :       3:00CV1477(WWE)(lead)
                                          :
**METRO-NORTH COMMUTER RAILROAD**         :
**COMPANY**                               :
                                          :
**v.**                                    :
                                          :
**DUCCI ELECTRICAL CONTRACTORS**          :

<u>ORDER</u>

    The consolidation of this case with National Surety Corp. v. Steadfast Insurance Company, 02cv976 (WWE) is hereby VACATED. The clerk is instructed to deconsolidate the cases.

    So Ordered this ___ day of May, 2004, at Bridgeport, Connecticut.


                                              _____
                                              Warren W. Eginton
                                              Senior United States District Judge