# United States District Court
## District of Connecticut

Michael Gargano, et al
*Plaintiff*
v.
Metro North, et al
*Defendant*

Case No. 3:00cv1477(WWE)

**FILED**
2004 MAY 27 P 12: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

**X** A ruling on the following motions which are currently pending: (orefm.)
Doc# 121 **Plaintiff's Motion to Preclude**

**Doc # 123 Third Party Defendant Ducci's Motion to Join Plaintiff's Motion to Preclude dated 5/24/04**

___ A settlement conference (orefmisc./cnf.)

___ A conference to discuss the following: (orefmisc./cnf.)

___ Other: (orefmisc./misc)

SO ORDERED this __27th__ day of __May__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE