# LYNCH, TRAUB, KEEFE AND ERRANTE
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

** HUGH F. KEEFE
† STEVEN J. ERRANTE
** JOHN J. KEEFE, JR.
* DONN A. SWIFT
  CHARLES E. TIERNAN III
  ROBERT W. LYNCH
  RICHARD W. LYNCH
† TIMOTHY P. POTHIN
  ERIC P. SMITH
  NICOLE M. FOURNIER
  LOUIS M. RUBANO
† MARISA A. BELLAIR
£ NANCY A. FITZPATRICK
* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE:      (203) 787-0275
FAX:        (203) 782-0278
E-MAIL:     LAWYERS@LTKE.COM
INTERNET:   HTTP://WWW.LTKE.COM

* BOARD CERTIFIED CIVIL TRIAL LAWYER
** BOARD CERTIFIED CRIMINAL TRIAL LAWYER
** BOARD CERTIFIED CIVIL AND CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
* ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

**Sent via facsimile ONLY @ 203-579-5651**

April 30, 2004

Honorable U.S. Magistrate Judge Holly B. Fitzsimmons
United States District Court
915 Lafayette Blvd.
Bridgeport, CT  06604

Re:   **Michael Gargano, et al. v. MTA Metro North**
      Civil Action No. 3:00-cv-1477 (WWE)
      Our File: 17839-001

Dear Judge Fitzsimmons:

According to Your Honor's Scheduling Order, the plaintiffs' expert report is due today. Unfortunately, we just received the transcripts from the last fact witness depositions, and our expert requires some additional time to assess this testimony. We are forwarding the transcripts to our expert today.

We are seeking a thirty day extension of the Scheduling Order insofar as expert reports are concerned.

After consulting with counsel, I can report that counsel for Metro-North and Ducci do not object to this request.

Thank you for your consideration.

Respectfully,

Eric P. Smith

cc:   all counsel of record