00CV1477µEXT

# LYNCH, TRAUB, KEEFE AND ERRANTE
## A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

** HUGH F. KEEFE
† STEVEN J. ERRANTE
** JOHN J. KEEFE, JR.
* DONN A. SWIFT

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE: (203) 787-0275
FAX: (203) 782-0278
E-MAIL: LAWYERS@LTKE.COM
INTERNET: HTTP://WWW.LTKE.COM

* BOARD CERTIFIED CIVIL TRIAL LAWYER
** BOARD CERTIFIED CRIMINAL TRIAL LAWYER
** BOARD CERTIFIED CIVIL AND CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
* ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

[Judge's stamp: HOLLY B. FITZSIMMONS UNITED STATES MAGISTRATE JUDGE]

)NLY @ 203-579-5651

strate Judge Holly B. Fitzsimmons
t Court

)4

**iano, et al. v. MTA Metro North
No. 3:00-cv-1477 (WWE)
339-001**

ions:

)nor's Scheduling Order, the plaintiffs' expert report is due today.
st received the transcripts from the last fact witness depositions, and our
e additional time to assess this testimony. We are forwarding the
pert today.

rty day extension of the Scheduling Order insofar as expert reports are

counsel, I can report that counsel for Metro-North and Ducci do not object

onsideration.

record

[Handwritten annotation rotated:]
3:00cv1477 (WWE)  4 June 2004

Construing this letter as a motion for an extension of time, the court grants the motion. Plaintiff's expert report is due on or before June 11, 2004. Defendant's expert report is due on or before Jul[y]

SO ORDERED.

[Filed stamp: FILED 2004 JUN 15 P 2:31 U.S. DISTRICT COURT BRIDGEPORT, CONN]