UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -5  P 4: 24
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| GARGANO,<br>    Plaintiff, | : <br> : <br> : | 3:00cv1477(WWE) |
| v. | : <br> : <br> : | |
| METRO NORTH et al.,<br>    Defendants. | : <br> : | |

### ORDER OF TRANSFER

The above captioned case is hereby transferred to the Honorable Ellen B. Burns. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and bear the docket number 3:04cv1477(EBB). Pleadings or documents related to the aforementioned proceedings and filed in any other seat of court will be refused at the Clerk's Office and returned unfiled. See Local Rule 3(a).

SO ORDERED this 5th day of August, 2004 at Bridgeport, Connecticut.

Warren W. Eginton, Senior United States District Judge