UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 5  9 25 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

MICHAEL GARGANO

v.  :  NO. 3:00CV1477(EBB)

METRO NORTH R.R.

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf)

___ Other: (orefmisc./misc) _____

SO ORDERED this 4th day of August, 2004, at New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

AO 72A
(Rev.8/82)