UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GARGANO                          CIVIL ACTION NO.: 3:00 CV 1477(EBB)

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY,
          Third Party Plaintiffs,
VS.

RAYTHEON INFRASTRUCTURE and DUCCI
ELECTRICAL CONTRACTORS, INC.

          Third Party Defendant,                     SEPTEMBER 10, 2004

### MOTION TO MODIFY SCHEDULING ORDER TO PERMIT FILING OF THIRD PARTY MOTION FOR SUMMARY JUDGMENT

The third party defendant, Ducci Electrical Contractors, respectfully requests an

extension *nunc pro tunc* of the scheduling order entered in this case by the Hon. Holly B.

Fitzsimmons on February 5, 2004, solely for the purposes of extending the deadline for filing the

third party defendant's Motion for summary judgment through September 17, 2004. In support

of this motion, the undersigned respectfully represents that the parties hereto have no objection to the extension time.

The undersigned represents that issues presented are questions of law which will need to be addressed by the court in any case.

Wherefore, Ducci respectfully requests that the court extend the deadline for filing a dispositive third party motion for summary judgment through September 17, 2004.

THIRD PARTY DEFENDANT, DUCCI
ELECTRICAL CONTRACTORS, INC.

BY

DAVID J. CROTTA, JR.
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT 06511
(203) 624-5111
FED. ID. NO.: CT 03235

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on September 10, 2004 to:

Eric P. Smith, Esq.
Louis M. Rubano, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

William W. Cobb, Esq.
Brian M. Molinari, Esq.
Ronald E. Joseph, Esq.
Sean M. Kane, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th floor
New York, NY 10271-0079

Brian J. Farrell, Jr., Esq.
Law Offices of George J. DuBorg
200 Glastonbury Blvd.
Suite 301
Glastonbury, CT 06033

David D. Chapman, Esq.
Gregory J. Curtin, Esq.
Jack V. Genovese, II, Esq.
Attorney Lori L. Durocher
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Attorney Karen T. Gerber
Nuzzo & Roberts
One Town Center
P. O. Box 747
Cheshire, CT 06410

James F. Shields, Esq.
Joseph A. Labella, Esq.
Attorney Laureen J. Vitale
Sean C. Joanis, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

DAVID J. CROTTA, JR.

M\O&G\Active Fireman's Fund 006700\Ducev v. Gargano DJC 87\Pleadings\motion to modify sched order.wpd