(Ex. H, Jacob Letter, dated October 10, 1997).

15.    Following Metro-North's October 10, 1997, letter confirming its acceptance of CDOT's modifications to the insurance provisions of the contract, Ducci procured a general liability policy providing $25 million in coverage and then canceled the railroad protective insurance that it had been carrying in compliance with the terms of the contract prior to modification. (*See*, Ex. E, Phelan Aff. ¶¶ 3-5; Ex. I, Certificate of Insurance; *see also* Ex. J, Phelan Letter, dated November 17, 1997).

16.    In addition to the insurance requirements outlined in Article 1.03.07, the contract also provided that:

> The Contractor [Ducci] further covenants and agrees that all of said work shall be done and performed in the best and most workmanlike manner and that all and every of said material and labor shall be in strict and entire conformity, in every respect, with said specifications and plans and shall be subject to inspection and approval of the Commissioner or his duly authorized representative, and, in case any of said material or labor shall be rejected by said Commissioner or his representative, as defective or unsuitable, then the said materials shall be removed and replaced with other approved materials and the said labor shall be done anew to the satisfaction and approval of the said Commissioner or his representative, at the cost and expense of the Contractor.

(Ex. B, Contract between Ducci and CDOT, dated March 31, 1997 at 3)

17    By Addendum, the contract incorporated a Metro-North publication titled *MN-290 Electrical Operating Instructions* ("MN-290"), and (in tandem with MN-290) Ducci's

-6-

"Grounding Procedure." (*See,* Ex. B, Contract Between Ducci and CDOT, dated March 31, 1997, Addendum No. 2 at 15; *see also,* Ex. K, MN-290; Ex. L, Ducci Grounding Procedure).

18.    MN-290 sets out the rules of conduct for Class A linemen (defined as Metro-North employees exclusively, MN-290, at 19-21) assigned to protect contractor employees (defined to include Gargano) working in Metro-North territory from injury. (Ex. K, MN-290 at 19-21)

19.    At the time of Gargano's injury, the Metro-North Class A lineman assigned to provide him protection (Richard DeChello) was not doing so. (Ex. M, DeChello Dep. Tr. at 71-72, 115)

20.    DeChello acknowledges that if he had provided Gargano the Class A supervision mandated by MN-290, Gargano's injury could have been prevented. (Ex. M, DeChello Dep. Tr. at 192)

21.    From July 23, 1999 through July 27, 1999, the Occupational Health and Safety Administration ("OSHA") conducted an investigation into the circumstances of Gargano's injuries and found no OSHA violations on the part of Ducci or its employees. (Ex. N, OSHA Inspection File at 10)

-7-

22.    Metro-North has not provided any facts or evidence to support its claims of

negligence on the part of Ducci. (Ex. O, Metro-North's Responses to Ducci's Second Set of

Interrogatories, Response to Interrogatory No. 2)

THE THIRD PARTY DEFENDANT,
DUCCI ELECTRICAL CONTRACTORS, INC.

BY: _____
    DAVID J. CROTTA, JR.
    MULVEY, OLIVER, GOULD & CROTTA
    83 TRUMBULL STREET
    NEW HAVEN, CT 06511
    TEL: (203) 624-5111
    FED. BAR NO.: 03235

-8-

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the 17th day of September, 2004, to all counsel and pro se parties of record as follows:

Eric P. Smith, Esq.
Louis M. Rubano, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

David D. Chapman, Esq.
Gregory J. Curtin, Esq.
Jack V. Genovese, II, Esq.
Lori L. Durocher, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

William W. Cobb, Esq.
Brian M. Molinari, Esq.
Ronald E. Joseph, Esq.
Sean M. Kane, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th floor
New York, NY 10271-0079

-9-

Brian J. Farrell, Jr., Esq.
Law Offices of George J. DuBorg
200 Glastonbury Blvd.
Suite 301
Glastonbury, CT 06033

James F. Shields, Esq.
Joseph A. Labella, Esq.
Attorney Laureen J. Vitale
Sean C. Joanis, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

_____
DAVID J. CROTTA, JR.

MD\G Active Fireman's Fund 006700 Ducci v. Gargano DJC 87 Pleadings Summary Judgment\local rule 56(a)1 statement.wpd

-10-