In its second cause of action, Metro-North alleges, "That pursuant to the terms set forth in the Agreement the Third-Party Defendant, Ducci, agreed to and was required to provide comprehensive public liability insurance, liability insurance and railroad protective liability insurance to the benefit of the Defendants/Third-Party Plaintiffs." (Complaint, ¶ 28.) Metro-North further alleges that, "Upon information and belief, the Third-Party Defendant, Ducci, breached said Agreement and failed and refused to purchase, obtain and/or provide said insurance." (Complaint, ¶ 30.)

Although Metro-North cites no contractual provision to support the breach of contract claim asserted in the second cause of action, it appears the claim proceeds from the obligations set out in Article 1.03.07 of the agreement between CDOT and Ducci, which governs the parties' insurance obligations.[9]

Article 1.03.07 provides in relevant part:

---

[9] The agreement between Ducci and CDOT incorporated the state standard specifications found in Form 814A, Article 1.03.07 and certain Special Provisions. (See, Ex. B, Contract between Ducci and CDOT, dated March 31, 1997 at 1.) In the original contract, the Special Provisions amended Article 1.03.07 of Form 814A. (See, Ex. B, Contract between Ducci and CDOT, dated March 31, 1997, Special Provisions, Article 1.03.07 at 21-23). The Special Provisions were corrected on August 4, 1997, to eliminate Ducci's contractual obligation to secure railroad protective insurance. (See, Ex. F, Donovan Letter, dated August 4, 1997).

-10-

> Prior to the start of work, Contractor [Ducci] will take out and keep in force in connection with said project, and at no expense to Railroad, Workers' Compensation Insurance and Public Liability and Property Damage Insurance covering his operations, and will furnish copies of such insurance policies to Railroad. . . .
>
> In addition to any other forms of insurance or bonds required under the terms of the contract and specifications, the Contractor will be required to carry insurance of the following kinds and amounts:
>
> General Liability Insurance
>
>> A policy issued to and covering liability imposed upon the contractor with respect to all work to be performed and all obligations assumed by the Contract or under the terms of this Contract. Products, completed operations, independent Contractors, and contractual liability coverages are to be included and all railroad exclusions are to be deleted. AMTRAK, CDOT, Metro-North, Conrail, Providence and Worcester are to be named as additional insureds either with respect to operations to be performed . . . . Coverage under this policy, or policies, shall have limits of liability of not less than $25 million per occurrence, combined single limit for bodily injury, (including disease or death), personal injury and property damage (including loss of use) liability. . . .

Under the initial terms of the contract, Ducci was obligated to procure Workers' Compensation Insurance and Public Liability and Property Damage Insurance covering *its* operations (*see,* fn. **8,** *supra*). However, by letter dated August 4, 1997, from John A. Donovan, Project Engineer for CDOT, Ducci was informed that the original Special Provision for Article

-11-

1.03.07 was incorrect. (Ex. F, Donovan Letter, dated August 4, 1997). Attached to the letter was a "corrected" version of Article 1.03.07 of the contract. *Id.* (Ex. F, Donovan Letter, dated August 4, 1997). The corrected version deleted all requirements that Ducci maintain public liability insurance and contractor's protective public liability and property damage liability insurance, and instead required that Ducci procure "General Liability Insurance," in the amount of $25 million, naming Metro-North as an additional insured. *Id.* (Ex. F, Donovan Letter, dated August 4, 1997).

The modification of the contract was made because:

With respect to all work performed by the Contractor, Metro-North or the Department, AMTRAK has procured or will maintain during the entire period of the work the following insurance:

> (a) Railroad Protective Liability, ISO/RIMA Form, in the name of the National Railroad Passenger Corporation (AMTRAK), Metro-North Commuter Railroad Company (Metro-North), State of Connecticut Department of Transportation (CDOT), Consolidated Rail Corporation (Conrail), and Providence and Worcester Railroad. The policy shall carry combined single limits for both coverages A and B of not less than $10 million per occurrence for losses arising out of bodily injury or death, and for damage to or destruction of railroad property. . . .

*Id.* (Ex. F, Donovan Letter, dated August 4, 1997).

This same Donovan letter, modified the insurance provisions of the contract with respect

-12-