necessarily be based upon the negligence of Ducci as alleged in Metro-North's fourth cause of action. As such, Metro-North's contribution claim, like its negligence claim, is subject to the exclusivity provision of the Workers' Compensation Act and, therefore, barred by § 31-284 (a) *et seq.*, of the General Statutes.

There is no merit to any contention that contribution is available in contract. The contract at issue contains no express provision that Ducci contribute to the payment of any judgment rendered against Metro North. Nor is there any provision in the contract creating an implied duty of contribution. Accordingly, summary judgment must enter on the fifth cause of action.

IV.     **CONCLUSION**

For the foregoing reasons, Ducci moves that the Court enter summary judgment in its favor because there are no genuine issues of material facts, and the Defendant is entitled to judgment as a matter of law.

THE THIRD PARTY DEFENDANT,
DUCCI ELECTRICAL CONTRACTORS, INC.

BY: _____
DAVID J. CROTTA, JR.
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL: (203) 624-5111
FED. BAR NO.: 03235

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the 8th day of September 16, 2004, to all counsel and pro se parties of record as follows:

Eric P. Smith, Esq.
Louis M. Rubano, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

David D. Chapman, Esq.
Gregory J. Curtin, Esq.
Jack V. Genovese, II, Esq.
Lori L. Durocher, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

William W. Cobb, Esq.
Brian M. Molinari, Esq.
Ronald E. Joseph, Esq.
Sean M. Kane, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th floor
New York, NY 10271-0079

Brian J. Farrell, Jr., Esq.
Law Offices of George J. DuBorg
200 Glastonbury Blvd.
Suite 301
Glastonbury, CT 06033

James F. Shields, Esq.
Joseph A. Labella, Esq.
Attorney Laureen J. Vitale
Sean C. Joanis, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

_____
DAVID J. CROTTA, JR.

MDNT \...\Fireman's Fund 006700\Ducci v. Gargano\DJC #7 Pleadings\Summary Judgment\memorandum in support of summary judgment.wpd

-24-