UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GARGANO                             CIVIL ACTION NO.: 3:00 CV 1477(EBB)

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY,
       Third Party Plaintiffs,
VS.

RAYTHEON INFRASTRUCTURE and DUCCI
ELECTRICAL CONTRACTORS, INC.

       **Third Party Defendant**,                            SEPTEMBER 17, 2004

Please take notice that the third party defendant, Ducci Electrical Contractors, Inc., has manually filed the following documents or things:

    Ex. A      Deposition Transcript of Michael Gargano

    Ex. B      Contract Between Ducci and CDOT, dated March 31, 1997

    Ex. C      Ducci's Request for Admissions, dated October 16, 2001

    Ex. D      Metro-North's Response to Ducci's Request for Admissions

| | |
|---|---|
| Ex. E | Affidavit of Robert Phelan |
| Ex. F | Letter from John Donovan to Steve Claar, dated August 4, 1997 |
| Ex. G | Letter from John Donovan to Steve Claar, dated August 5, 1997 |
| Ex. H | Letter from David Jacobs to Steve Claar, dated October 10, 1997 |
| Ex. I | Certificate of Insurance |
| Ex. J | Letter from Robert Phelan to George Brescia, dated November 17, 1997 |
| Ex. K | MN-290 |
| Ex. L | Ducci Grounding Procedure |
| Ex. M | Deposition Transcript of Richard DeChello |
| Ex. N | OSHA Inspection Report |
| Ex. O | Metro-North's Responses to Ducci's Second Set of Interrogatories |

These documents have not been filed electronically because

[ ] the document or thing cannot be converted to an electronic format

[X] the electronic file size of the documents exceed 1.5 megabytes

[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

These documents or things have been manually served on all parties.

                THE THIRD PARTY DEFENDANT,
                DUCCI ELECTRICAL CONTRACTORS, INC.

BY: _____
      DAVID J. CROTTA, JR.
      MULVEY, OLIVER, GOULD & CROTTA
      83 TRUMBULL STREET
      NEW HAVEN, CT 06511
      TEL: (203) 624-5111
      FED. BAR NO.: 03235

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the 17th day of September, 2004, to all counsel and pro se parties of record as follows:

Eric P. Smith, Esq.
Louis M. Rubano, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

David D. Chapman, Esq.
Gregory J. Curtin, Esq.
Jack V. Genovese, II, Esq.
Lori L. Durocher, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

William W. Cobb, Esq.
Brian M. Molinari, Esq.
Ronald E. Joseph, Esq.
Sean M. Kane, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th floor
New York, NY 10271-0079

Brian J. Farrell, Jr., Esq.
Law Offices of George J. DuBorg
200 Glastonbury Blvd.
Suite 301
Glastonbury, CT 06033

James F. Shields, Esq.
Joseph A. Labella, Esq.
Attorney Laureen J. Vitale
Sean C. Joanis, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

_____
DAVID J. CROTTA, JR.

F:\MO&G\Active\Fireman's Fund 006700\Ducci v. Gargano DJC 87\Pleadings\notice_manual_filing_100603[1].wpd