UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*************************************************

| | |
|---|---|
| MICHAEL GARGANO | : CIVIL CTION NO. |
| Plaintiff | : 3:00 CV 1477 (EBB) |
| | : |
| V | : |
| | : |
| METRO-NORTH COMMUTER | : |
| RAILROAD, ET AL | : SEPTEMBER 24, 2004 |
| Defendants | : |

*************************************************

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the defendant, METRO NORTH COMMUTER RAILROAD COMPANY in the above captioned matter.

DEFENDANT, METRO NORTH
COMMUTER RAILROAD COMPANY

BY: _____
Julie A. Harris    (CT 06209)
Law Offices of George J. DuBorg
200 Glastonbury Boulevard (# 301)
Glastonbury CT 06033
Tel:   860/633-4797
FAX: 860/633-0694

-1-

CERTIFICATION

I hereby certify a copy of the foregoing Appearance was mailed September 24, 2004, postage prepaid, to all counsel and pro se parties of record as of said date:

E. P. Smith, Esquire
L. M. Rubano, Esquire
S. J. Errante, Esquire
Lynch Traub Keefe & Errante
52 Trumbull Street
P O Box 1612
New Haven CT 06506-1612

W. W. Cobb, Esquire
B. M. Molinari, Esquire
R. E. Joseph, Esquire
S. M. Kane, Esquire
Landman Corsi Ballaine & Ford
120 Broadway (27th fl)
New York NY 10271-0079

D. D. Chapman, Esquire
G. J. Curtin, Esquire
J. V. Genovese, II, Esquire
Genovese Vehslage & LaRose
500 Enterprise Drive
Rocky Hill CT 06067-4053

Attorney Karen T. Gerber
Nuzzo & Roberts
One Town center
P O Box 747
Cheshire CT 06410

-2-

J. F. Shields, Esquire
J. A. Labella, Esquire
S. C. Joanis, Esquire
Attorney Laureen J. Vitale
D'Attelo & Shields
500 Enterprise Drive (# 4-B)
Rocky Hill CT 06067

David J. Crotta, Jr., Esquire
Francis J. Drumm, III, Esquire
Kenneth J. Mulvey, Jr., Esquire
Robert G. Oliver, Esquire
James M. Hyland, Esquire
Mulvey Oliver Gould & Crotta
83 Trumbull Street
New Haven CT 06511

Darren P. Renner, Esquire
Lustig & Brown
1150 Summer Street
Stamford, CT 06905

Alan Muraidekh, Esquire
Lawrence R. Bailey, Jr., Esquire
Hodgson Russ
Carnegie Hall Tower
152 W. 57th Street (35th fl)
New York, NY 10019

Attorney Alisa Dultz
White, Fleischner & Fino
140 Broadway (36th fl)
New York, NY 10005

Anthony J. Natale, Esquire
Brian L. Wolinetz, Esquire
Louis R. Pepe, Esquire
Pepe & Hazard
225 Asylum Street
Hartford, CT 06103-4302

BY: _____
Julie A. Harris    (CT 06209)
Law Offices of George J. DuBorg
200 Glastonbury Boulevard (# 301)
Glastonbury CT 06033
Tel:    860/633-4797
FAX:  860/633-0694

(CTRH 06782)