UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GARGANO            CIVIL ACTION NO.: 3:00 CV 1477(EBB)

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY,
    Third Party Plaintiffs,

VS.

RAYTHEON INFRASTRUCTURE and DUCCI
ELECTRICAL CONTRACTORS, INC.

    Third Party Defendant,            OCTOBER 8, 2004

**DEFENDANT DUCCI ELECTRICAL CONTRACTORS' MOTION TO BIFURCATE CERTAIN ISSUES IN THE THIRD PARTY COMPLAINT**

Pursuant to Federal Rule 42, the third party defendant, Ducci Electrical Contractors, Inc., respectfully moves to bifurcate the issues raised in the first three counts of the third party

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

complaint, dated December 21, 2001, from the trial of this action on November 1, 2004.

This case arises from a claim of personal injury brought by former Ducci employee, Michael Gargano, against MetroNorth for personal injuries suffered in an electrical accident that occurred on July 22, 1999, on MetroNorth property at the Union Station in New Haven. At the time of Gargano's injuries, Ducci was under contract with MetroNorth to perform certain electrical modifications to the overhead catenary system serving the rail tracks at the site.

Under the terms of a contract between the Connecticut Department of Transportation ("CDOT") and Ducci, under which MetroNorth claims third-party beneficiary status, Ducci was obligated to obtain general liability insurance in the amount of $25M; and Amtrak was obligated to obtain Railroad Protective Liability Insurance in the amount of $10M, each naming MetroNorth as additional insured on the respective policy. Ducci materially complied with the insurance requirements of the contract, as more fully articulated in its pending Motion for Summary Judgment, dated September 17, 2004.

This motion relates to the issues raised in the first three causes of action of the third party complaint. Those may be summarized as whether the contract required Ducci to procure primary coverage in favor of MetroNorth and whether the coverage that Ducci in fact procured provides such coverage. These questions involve contract interpretation and are ones of law that the court must decide, not the jury. Moreover, the question which of two (or more) insurance policies

procured by various parties to this action is primary is already properly the subject of a declaratory judgment action pending before Judge Eginton, in the case of *National Surety v. Steadfast*, CV3:02CV976 (WWE). In some, the issues raised in the first three counts of the third party complaint are not a proper subject in the Gargano litigation and should accordingly be severed from it.

    Federal Rule of Civil Procedure, 42 (b) provides:

> The court, in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy, may order a separate trial of any...third-party claim, or of any separate issue or of any number of ... third-party claims, or issues, . . .always preserving inviolate the right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statute of the United States.

    Accordingly, Ducci respectfully moves that the issues relating to the parties' contractual obligations and priorities of coverage be severed, and adjudicated separately from the instant action.

THE THIRD PARTY DEFENDANT,
DUCCI ELECTRICAL CONTRACTORS, INC.

BY: _____
DAVID J. CROTTA, JR.
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL: (203) 624-5111
FED. BAR NO.: 03235

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the 8th day of October, 2004, to all counsel and pro se parties of record as follows:

Eric P. Smith, Esq.
Louis M. Rubano, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

David D. Chapman, Esq.
Gregory J. Curtin, Esq.
Jack V. Genovese, II, Esq.
Lori L. Durocher, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

William W. Cobb, Esq.
Brian M. Molinari, Esq.
Ronald E. Joseph, Esq.
Sean M. Kane, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th floor
New York, NY 10271-0079

Brian J. Farrell, Jr., Esq.
Law Offices of George J. DuBorg
200 Glastonbury Blvd.
Suite 301
Glastonbury, CT 06033

James F. Shields, Esq.
Joseph A. Labella, Esq.
Attorney Laureen J. Vitale
Sean C. Joanis, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

_____
DAVID J. CROTTA, JR.