UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
MICHAEL GARGANO and ANDREA GARGANO,

    Plaintiffs

  - against -

METRO-NORTH COMMUTER RAILROAD COMPANY,

    Defendant/Third-Party Plaintiff,

  - against -

DUCCI ELECTRICAL CONTRACTORS, INC.,

    Third-Party Defendant.
------------------------------------------------------------------ X

Civil Action No.
3:00 CV 1477 (EBB)

October 12, 2004

### DEFENDANT/THIRD PARTY PLAINTIFF'S OPPOSITION TO THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant/Third Party Plaintiff Metro-North Commuter Railroad Company ("Metro-North") hereby opposes Third Party Defendant Ducci Electrical Contractors, Inc.'s ("Ducci") Motion for Summary Judgment filed pursuant to Federal Rule of Civil Procedure 56 (b) and Local Rule 56 (a). In its motion to this Court, Ducci relies on inapplicable law and ignores critical issues of material fact regarding:

(1) whether Ducci breached its subcontract with Metro-North by (a) failing to defend, indemnify and hold harmless; (b) failing to procure $25 million in general liability insurance and (c) failing to obtain "additional insured" coverage for Metro-North's own negligent acts;

379928.1 DocsNY

(2) whether Metro-North was barred from asserting claims in negligence and for contribution by the Workers' Compensation Act, Connecticut General Statutes § 31-284 (a); and

(3) whether Ducci acted negligently.

In support of its opposition to Ducci's Motion for Summary Judgment, Metro-North submits its Local Rule 56 (a) (2) Statement, Memorandum of Law in Opposition and the following exhibits:

1. Contract between Amtrak and CDOT dated May 31, 1996.

2. Amended Third-Party Complaint, dated October 24, 2001.

3. Letter from Gary Chestone to David DiStasio, dated May 6, 1998.

4. Letter from David DiStasio to Gary Chestone, dated May 14, 1998.

5. Letter from Sean Kane to David Crotta, dated September 30, 2004.

6. Deposition Transcript of James Gillies, dated January 30, 2003.

7. Deposition Transcript of Phil Morse, dated April 14, 2004.

8. Metro-North MP-260 Employee Clearance Form, Permit No. 3534.

9. Metro-North MP-260 Employee Clearance Form, Permit No. 3542.

10. Ducci Grounding Notification/Clearance Form.

11. Metro-North MN-290 Orientation for Contract Lineman

In addition, Metro-North relies on the following exhibits submitted by Ducci with its Motion for Summary Judgment:

Ex. A  Deposition Transcript of Michael Gargano

Ex. B  Contract Between Ducci and Connecticut Department of Transportation dated March 31, 1997

Ex. F  Letter from John Donovan to Steve Claar, dated August 4, 1997

Ex. I  Certificate of Insurance

Ex. L  Ducci Grounding Procedure

Ex. M  Deposition Transcript of Richard DeChello

Wherefore, Metro-North respectfully requests that the Court deny Ducci's Motion for Summary Judgment.

DEFENDANT/THIRD PARTY
PLAINTIFF, METRO-NORTH
COMMUTER RAILROAD COMPANY

BY: _____
Sean M. Kane (CT 24832)
Landman Corsi Ballaine & Ford, PC
120 Broadway, 27th Floor
New York, NY 10271-0079
(212) 238-4800

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the 12th day of October, 2004, to all counsel and pro se parties of record as follows:

David J. Crotta, Jr., Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Eric P. Smith, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

David D. Chapman, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Julie A. Harris, Esq.
Law Offices of George J. DuBorg
200 Glastonbury Blvd., Suite 301
Glastonbury, CT 06033

Joseph A. Labella, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

_____
Sean M. Kane (CT 24832)

379928.1 DocsNY