UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Oct 13  10 49 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------------X

MICHAEL GARGANO and ANDREA GARGANO,

    Plaintiffs

- against -

METRO-NORTH COMMUTER RAILROAD COMPANY,

    Civil Action No.:
    3:00 CV 1477 (EBB)

    Defendants/Third-Party Plaintiffs,

- against -

DUCCI ELECTRICAL CONTRACTORS, INC.,

    Third-Party Defendants.

    October 12, 2004

-----------------------------------------------------------------X

## NOTICE OF MANUAL FILING

Please take notice that DEFENDANT/THIRD PARTY PLAINTIFF, METRO-NORTH COMMUTER RAILROAD COMPANY has manually filed the following document or thing

Defendant / Third Party Plaintiff's Opposition to Third Defendant's Motion for Summary Judgment and eleven exhibits.

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[X]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

380197.1 DocsNY

The document or thing has been manually served on all parties.

>DEFENDANT/THIRD-PARTY
>PLAINTIFF, METRO-NORTH
>COMMUTER RAILROAD COMPANY
>
>By: _____
>Sean M. Kane (CT 24832)
>Landman Corsi Ballaine & Ford P.C.
>120 Broadway, 27th Floor
>New York, NY 10271-0079
>(212) 238-4800

380197.1 DocsNY