UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GARGANO          CIVIL ACTION NO.: 3:00 CV 1477(EBB)

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY

VS.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK and METRO-NORTH COMMUTER
RAILROAD COMPANY,
       Third Party Plaintiffs,
VS.

RAYTHEON INFRASTRUCTURE and DUCCI
ELECTRICAL CONTRACTORS, INC.

       Third Party Defendant,                            OCTOBER 8, 2004

## DEFENDANT DUCCI ELECTRICAL CONTRACTORS' MOTION TO BIFURCATE CERTAIN ISSUES IN THE THIRD PARTY COMPLAINT

Pursuant to Federal Rule 42, the third party defendant, Ducci Electrical Contractors, Inc., respectfully moves to bifurcate the issues raised in the first three counts of the third party

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED