```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

------------------------------:
MICHAEL GARGANO AND ANDREA     : CIVIL ACTION NO. 3:00cv1477(EBB)
GARGANO,                       :
                               :
     PLAINTIFFS,               :
                               :
V.                             :
                               :
METRO-NORTH COMMUTER           :
RAILROAD COMPANY,              :
                               :
     DEFENDANT/                :
     THIRD-PARTY PLAINTIFF,    :
                               :
V.                             :
                               :
DUCCI ELECTRICAL CONTRACTORS,  :
INC.,                          :
                               :
     THIRD-PARTY DEFENDANT.    :
------------------------------: OCTOBER 18, 2004
```

**PLAINTIFFS' SUPPLEMENTAL TRIAL MEMORANDUM**

**10.   LIST OF WITNESSES.**

**By the plaintiffs:**

    p.   a representative of Ducci re: Michael Gargano's wage and employment benefits, and wage and employment benefits history.

    q.   a representative of Local Union No. 42 of the IBEW re: Michael Gargano's employment and union benefits and the Union's collective bargaining agreement(s).

- 1 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK326\TRIAL MEMORANDUM #2 10-18-04.DOC

```
                              Respectfully submitted,

                              THE PLAINTIFFS,


                              BY:_____
                                   STEVEN J. ERRANTE, ESQ.
                                   ERIC P. SMITH, ESQ.
                                   Lynch, Traub, Keefe & Errante
                                   203-787-0275
```

- 2 -
Lynch, Traub, Keefe and Errante, p. c.   Attorneys at Law
52 Trumbull Street   P.O. box 1612   New Haven, Connecticut 06506-1612
Telephone (203) 787-0275   Facsimile (203) 782-0278

C:\Documents and Settings\lBeebe\Local Settings\Temporary Internet Files\OLK326\TRIAL MEMORANDUM #2 10-18-04.doc

CERTIFICATION

I certify that a copy of the above was mailed on October 18, 2004 to all counsel and *pro se* parties of record as follows:

Sean Kane, Esq.
Ronald E. Joseph, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th Floor
New York, NY 10271-0079
(212) 238-4800
(*Counsel to Defendant*)

Joseph A. LaBella, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite #4B
Rocky Hill, CT 06067
(860) 571-7999
(*Local Counsel to Defendant*)

Julie Harris, Esq.
Donald P. Guerrini, Esq.
Law Offices of George J. DuBorg
Brian J. Farrell, Jr., Esq.
200 Glastonbury Blvd., Suite 301
Glastonbury, CT 06033
(860-633-4797)
(*Counsel to Defendant*)

David D. Chapman, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760
(*Counsel to Intervening Plaintiff Ducci Electrical Contractors*)

- 3 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\IBEEBE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK326\TRIAL MEMORANDUM #2 10-18-04.DOC

David J. Crotta, Jr., Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511
(203) 624-5111
(*Counsel to Third-Party Defendant Ducci Electrical Contractors*)

```
                              _____
                              Eric P. Smith
```

- 4 -
Lynch, Traub, Keefe and Errante, p. c.   Attorneys at Law
52 Trumbull Street   p.o. box 1612   New Haven, Connecticut 06506-1612
telephone (203) 787-0275   facsimile (203) 782-0278

C:\Documents and Settings\IBeebe\Local Settings\Temporary Internet Files\OLK326\TRIAL MEMORANDUM #2 10-18-04.doc