```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
-------------------------------:
MICHAEL GARGANO AND ANDREA      : CIVIL ACTION NO. 3:00cv1477(EBB)
GARGANO, ET AL.                 :
                                :
     PLAINTIFFS,                :
                                :
V.                              :
                                :
METRO-NORTH COMMUTER            :
RAILROAD COMPANY,               :
                                :
     DEFENDANT/                 :
     THIRD-PARTY PLAINTIFF,     :
                                :
V.                              :
                                :
DUCCI ELECTRICAL CONTRACTORS,   :
INC.,                           :
                                :
     THIRD-PARTY DEFENDANT.     :
-------------------------------: OCTOBER 20, 2004
```

## STIPULATION OF DISMISSAL

In accordance with the parties' settlement agreement of October 20, 2004 and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs hereby stipulate to dismissal of all claims asserted by them against the defendant, Metro-North Commuter Railroad, **with prejudice**.

```
                              THE PLAINTIFFS,
                              BY:_____

                              ERIC P. SMITH, ESQ.
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\MPESCE-DOMBROWSKI\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5BC\STIPULATION OF DISMISSAL 10-20-04.DOC

CERTIFICATION

    I certify that a copy of the above was mailed on OCTOBER 20, 2004 by way of the U.S. Postal Service, postage prepaid, first class mail, to all counsel and *pro se* parties of record as follows:

Sean Kane, Esq.
Ronald E. Joseph, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway, 27th Floor
New York, NY 10271-0079
(212) 238-4800
(*Counsel to Defendant*)

Joseph A. LaBella, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite #4B
Rocky Hill, CT 06067
(860) 571-7999
(*Local Counsel to Defendant*)

Julie Harris, Esq.
Donald P. Guerrini, Esq.
Law Offices of George J. DuBorg
Brian J. Farrell, Jr., Esq.
200 Glastonbury Blvd., Suite 301
Glastonbury, CT 06033
(860-633-4797)
(*Counsel to Defendant*)

David D. Chapman, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760
(*Counsel to Intervening Plaintiff Ducci Electrical Contractors*)

- 2 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\MPESCE-DOMBROWSKI\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5BC\STIPULATION OF DISMISSAL 10-20-04.DOC

David J. Crotta, Jr., Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511
(203) 624-5111
(*Counsel to Third-Party Defendant Ducci Electrical Contractors*)

                                                _____
                                                Eric P. Smith, Esq.

- 3 -
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\MPESCE-DOMBROWSKI\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK5BC\STIPULATION OF DISMISSAL 10-20-04.DOC