UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------:
MICHAEL GARGANO AND ANDREA       : CIVIL ACTION NO. 3:00cv1477(EBB)
GARGANO, ET AL.                  :
                                 :
    PLAINTIFFS,                  :
                                 :
V.                               :
                                 :
METRO-NORTH COMMUTER             :
RAILROAD COMPANY,                :
                                 :
    DEFENDANT/                   :
    THIRD-PARTY PLAINTIFF,       :
                                 :
V.                               :
                                 :
DUCCI ELECTRICAL CONTRACTORS,    :
INC.,                            :
                                 :
    THIRD-PARTY DEFENDANT.       :
---------------------------------: OCTOBER 20, 2004

## STIPULATION OF DISMISSAL

In accordance with the parties' settlement agreement of October 20, 2004 and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs hereby stipulate to dismissal of all claims asserted by them against the defendant, Metro-North Commuter Railroad, **with prejudice.**

THE PLAINTIFFS,
BY: _____
    ERIC P. SMITH, ESQ.
    CT 16141

- 1 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278