UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT


Gargano et al

V.                              Case Number:  00cv1477(EBB)

Metro-North et al


NOTICE  TO  COUNSEL
--------------------


The above-entitled case was reported to the Court on 10/20/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 19, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, October 27, 2004.


KEVIN F. ROWE, CLERK

By: __/s/_____
    P.A. Moore
    Deputy Clerk